NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EDMUND M. CARNAHAN,
DAVID D. DEVORE, GREGORY M. GODZIELA, PAUL C.
VOSEJPKA, BURKHARD E. WAGNER, AND JOSEPH N.
COALTER, III**

---

2011-1324
(Serial No. 11/632,371)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

RAY ASHBURG, The Dow Chemical Company Intellectual Property Law, of Freeport, Texas, argued for appellant. With him on the brief were JAMES T. HOPPE and JENNIFER A. CARNAHAN.

FARHEENA Y. RASHEED, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor and KRISTI L. R. SAWERT, Associate Solicitor. Of counsel was FRANCES M. LYNCH, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 9, 2011                    /s/ Jan Horbaly
Date                                     Jan Horbaly
                                              Clerk